**DISMISSED and Opinion Filed April 11, 2023**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

No. 05-23-00145-CV
No. 05-23-00146-CV
No. 05-23-00147-CV
No. 05-23-00148-CV
No. 05-23-00149-CV
No. 05-23-00150-CV
No. 05-23-00151-CV
No. 05-23-00152-CV
No. 05-23-00153-CV

**IN RE ALEX PERRY NEAL, Relator**

**Original Proceeding from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause Nos. 296-82970-2022, 296-82971-2022,**
**296-82972-2022, 296-82973-2022, 296-82974-2022,**
**296-82975-2022, 296-82976-2022, 296-82977-2022, & 296-82978-2022**

## MEMORANDUM OPINION

Before Justices Pedersen, III, Smith, and Kennedy
Opinion by Justice Kennedy

Alex Perry Neal has filed an original application for writ of habeas corpus

seeking relief against the director of the Texas Department of Criminal Justice

Correctional Institutions Division for injuries he received while detained in Collin

County. We do not have jurisdiction to consider an original application for writ of

habeas corpus arising from criminal proceedings. *See* TEX. CODE CRIM. PROC. ANN.

art. 11.05; TEX. GOV'T CODE ANN. § 22.221(d); *In re Neal*, 653 S.W.3d 346, 346 (Tex. App.—Dallas 2022, orig. proceeding).

Accordingly, we dismiss relator's original petition for writ of habeas corpus for want of jurisdiction.

/Nancy Kennedy/
NANCY KENNEDY
JUSTICE

230145F.P05